## FRANKLIN COUNTY.

### JANUARY TERM, 1843.

#### MASON PETERS v. JOSEPH D. FARNSWORTH.

Where exceptions were taken by the defendant, involving the right of recovery, and by the plaintiff as to the rule of damages, it was decided that the defendant was entitled to open the argument and to reply.

IN this case exceptions were taken by both parties, — the defendant's exceptions going to the right of recovery, and the plaintiff's to the rule of damages adopted in the county court. A question was made in regard to which party had the right to open the argument.

BY THE COURT. — In the present case the defendant is entitled to open the argument on his own exceptions, and to a general reply.